# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **BRANDON CRIDER,** an individual, | \* \* \* |
| **PLAINTIFF,** v. | \* \* \* Case No.  3:22-cv-2510 |
| **ARSH ESTATES LLC,** a limited liabiltiy company, | \* \* \* |
| **DEFENDANT.** | \* |

## PLAINTIFF'S ADVISORY TO THE CLERK OF COURT

Plaintiff in the above-captioned case elects as follows:

<u>I consent to proceed before a United States Magistrate Judge in accordance with provisions of Title 28 U.S.C. Section 636.</u> Plaintiff in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with Title 28 U.S.C. Section 636(c)(3).

Dated this the 8th day of November, 2022.

Respectfully submitted,

By: */s/ Duncan Strickland*
Duncan Strickland
State Bar No.:  24072374
1452 Hughes Road, #200
Grapevine, Texas 76051
Telephone: (214) 478-2753
Facsimile: (832) 218-4317
E-mail:  Duncan@StricklandLawFirm.com
**Counsel for Plaintiff**