# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **BRANDON CRIDER,** <br> an individual, <br><br> PLAINTIFF, <br> v. <br><br> **ARSH ESTATES LLC,** <br> a limited liabiltiy company, <br><br> DEFENDANT. | * <br> * <br> * <br> * <br> * <br> *   Case No.   3:22-cv-2510 <br> * <br> * <br> * |

## NOTICE OF SETTLEMENT

Plaintiff Brandon Crider hereby gives notice that the parties have reached an agreement for the resolution of this matter and are in the process of completing settlement documents. The parties respectfully request that the Court toll all deadlines for 30 days to allow for the parties to complete performance under the agreement and to file their joint stipulation of dismissal with prejudice.

Dated: April 27, 2023

By:*/s/ Duncan Strickland*
Duncan Strickland
Counsel for Plaintiff
State Bar No.:  24072374
13423 Blanco Road
San Antonio, TX 78216
Telephone: (210) 504-7874
E-mail:  Duncan@StricklandLawFirm.com