UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BRANDON CRIDER,** an individual, | * * * |
| PLAINTIFF, | * |
| v. | * |
| | *   Case No.   3:22-cv-2510 |
| **ARSH ESTATES LLC,** a limited liabiltiy company, | * * |
| | * |
| DEFENDANT. | * |

JOIN STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 10th day of May, 2023.

By:*/s/ Duncan Strickland*
Duncan Strickland
Counsel for Plaintiff
State Bar No.:  24072374
1452 Hughes Road, #200
Grapevine, Texas 76051
Telephone: (214) 478-2753
E-mail:  Duncan@StricklandLawFirm.com

By:  /s/ Sam Almasri
 Sam Almasri
 Texas Bar No. 24053071
 Email: sam@amslawgrp.com
 811 S. Central Expy, Suite 600
 Richardson, Texas 75080
 Tel. (888) 960-8663
 Fax. (888) 960-8661